UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MERRILL LYNCH INTERNATIONAL,<br><br>           Plaintiff,<br><br>           -against-<br><br>XL CAPITAL ASSURANCE INC. AND XLCA ADMIN LLC, AS TRUSTEE FOR PORTFOLIO CDS TRUST 138, PORTFOLIO CDS TRUST 153, PORTFOLIO CDS TRUST 164, PORTFOLIO CDS 165, PORTFOLIO CDS TRUST 170, PORTFOLIO CDS TRUST 172 AND PORTFOLIO CDS TRUST 186,<br><br>           Defendants. | 08 CV 2893 |
| XL CAPITAL ASSURANCE INC. AND XLCA ADMIN LLC, AS TRUSTEE FOR PORTFOLIO CDS TRUST 138, PORTFOLIO CDS TRUST 153, PORTFOLIO CDS TRUST 164, PORTFOLIO CDS 165, PORTFOLIO CDS TRUST 170, PORTFOLIO CDS TRUST 172 AND PORTFOLIO CDS TRUST 186,<br><br>           Counterclaimants,<br><br>           -against-<br><br>MERRILL LYNCH INTERNATIONAL AND MERRILL LYNCH & CO.,<br><br>           Counterclaim Defendants. | |

**DEFENDANTS' AND COUNTERCLAIMANTS' DISCLOSURE PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, Defendants and Counterclaimants hereby state that both XL Capital Assurance Inc. and XLCA Admin LLC are

wholly-owned subsidiaries of Security Capital Assurance Ltd ("SCA"), a publicly held corporation.

DATED:   New York, New York
         March 31, 2008

                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
      Peter E. Calamari
      Jonathan E. Pickhardt
      Brendan N. Snodgrass

51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
(212) 849-7000

*Attorney for defendants and counterclaimants*

61200/2443552.4

**CERTIFICATE OF SERVICE**

I, Jonathan Pickhardt, hereby certify that on March 31, 2008 the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading .

I further certify that on March 31, 2008, the attached document was electronically mailed to the following person(s):

> Jay B. Kasner, Esq.
> Scott D. Musoff, Esq.
> SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM LLP
> Four Times Square
> New York, NY 10036

> */s/ Jonathan Pickhardt*
> Peter E. Calamari
> Jonathan E. Pickhardt
> Brendan N. Snodgrass
> QUINN EMANUEL URQUHART
> OLIVER & HEDGES, LLP
> 51 Madison Avenue
> New York, NY 10010