UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Merrill Lynch International

                      Plaintiff,

    -against-

XL Capital Assurance Inc., et al

                      Defendant.
------------------------------------------------------------x

08 CIVIL 2893 ( )

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Brendan N. Snodgrass__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __4101374__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Shearman & Sterling LLP__

    To: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* __51 Madison Avenue, 22nd Floor__

☐ *Telephone Number:* __212-849-7000__

☐ *Fax Number:* __212-849-7100__

☐ *E-Mail Address:* __brendansnodgrass@quinnemanuel.com__

Dated: __4/1/08__               _/s/ [signature]_