UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL LYNCH INTERNATIONAL,<br><br>    Plaintiff,<br><br>  -against-<br><br>XL CAPITAL ASSURANCE INC. AND XLCA ADMIN LLC, AS TRUSTEE FOR PORTFOLIO CDS TRUST 138, PORTFOLIO CDS TRUST 153, PORTFOLIO CDS TRUST 164, PORTFOLIO CDS 165, PORTFOLIO CDS TRUST 170, PORTFOLIO CDS TRUST 172 AND PORTFOLIO CDS TRUST 186,<br><br>    Defendants.<br><br>XL CAPITAL ASSURANCE INC. AND XLCA ADMIN LLC, AS TRUSTEE FOR PORTFOLIO CDS TRUST 138, PORTFOLIO CDS TRUST 153, PORTFOLIO CDS TRUST 164, PORTFOLIO CDS 165, PORTFOLIO CDS TRUST 170, PORTFOLIO CDS TRUST 172 AND PORTFOLIO CDS TRUST 186<br><br>    Counterclaimants,<br><br>  -against-<br><br>MERRILL LYNCH INTERNATIONAL AND MERRILL LYNCH & CO.,<br><br>    Counterclaim Defendants. | 08 CV 2893<br><br>**NOTICE OF APPEARANCE** |

  To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for XL Capital Assurance, *et al.*, Defendants/Counterclaimants.

  I certify that I am admitted to practice in this Court.

DATED: New York, New York
April 3, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: *s/ Jonathan E. Pickhardt*
  Jonathan E. Pickhardt

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Defendants and Counterclaimants*

**CERTIFICATE OF SERVICE**

I, Jonathan Pickhardt, hereby certify that on the 3rd day of April, 2008, I caused to be served a true and correct copy of the foregoing document upon the following, via the ECF filing system:

> Jay B. Kasner, Esq.
> Scott D. Musoff, Esq.
> SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM LLP
> Four Times Square
> New York, NY 10036

> *s/ Jonathan E. Pickhardt*
> Jonathan E. Pickhardt