UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MERRILL LYNCH INTERNATIONAL

                        Plaintiff,                08 CIVIL 2893(JSR)

    -against-

XL CAPITAL ASSURANCE INC., ET AL.

                        Defendant.
-----------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   JONATHAN PICKHARDT

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JP8590

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From:  WACHTELL, LIPTON, ROSEN & KATZ

    To:     QUINN EMANUEL URQUHART OLIVER & HEDGES

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[X]  *Address:*                51 MADISON AVE., 22nd FL., NEW YORK, NY 10019

[X]  *Telephone Number:*   (212) 849-7000

[X]  *Fax Number:*          (212) 849-7100

[X]  *E-Mail Address:*      JONPICKHARDT@QUINNEMANUEL.COM

Dated: April 3, 2008         _/s/ Jonathan Pickhardt_

61200/2458164.1