UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MERRILL LYNCH INTERNATIONAL,

   Plaintiff,

 -vs-

XL CAPITAL ASSURANCE INC., et al.,

   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

XL CAPITAL ASSURANCE INC., et al.,

   Counterclaimants,

 - vs -

MERRILL LYNCH INTERNATIONAL AND
MERRILL LYNCH & CO., INC.,

   Counterclaim Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 2893 (JSR)

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-08

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action, including the complaint and counterclaims, be and hereby are DISMISSED WITH PREJUDICE and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: New York, New York
   August 8, 2008

_____
Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Attorneys for *Merrill Lynch International and Merrill Lynch & Co., Inc.*

_____
Peter E. Calamari (petercalamari@quinnemanuel.com)
Jonathan E. Pickhardt (jonpickhardt@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
52 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Attorneys for *XL Capital Assurance Inc. and XLCA Admin LLC as Trustee*

SO ORDERED
_____
JSR 8-8-08